**Motion Granted and Order filed November 19, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00360-CR
_____

### ANTHONY D. ALFORD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1386895**

## ORDER

The State filed a motion to seal or strike appellant's brief because it discloses the name of a child victim of family violence under the age of 17. *See* Tex. Code Crim. Proc. Art. 57B.02(h). The motion to strike is GRANTED. Accordingly, appellant is ordered to file a brief that does not contain the name of a child victim of family violence under the age of 17.

Appellant's brief is due within 10 days of the date of this order.

PER CURIAM